# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

VINCENT H. PINDER,            )      3:13-cv-00572-MMD-WGC
                                  )
            Plaintiff,      )      **MINUTES OF THE COURT**
    vs.                  )
                                  )      March 17, 2015
RENEE BAKER, et al.,        )
                                  )
           Defendants    )
_____)

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>  REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

      Before the court is Plaintiff's Motion to Re-Hear Plaintiff's Motion to Extend Prison [Copy] Work Limit." (Doc. # 53.)  Plaintiff seeks the court to reconsider its prior order extending Plaintiff's copy work limit by only $10.00. (Doc. # 51). Plaintiff instead seeks the court to grant a $50.00 extension of his copy work limit. (Doc. # 53.)

      Defendants oppose Plaintiff's motion. (Doc. # 54.) Defendants state:

> "In his motion, Plaintiff does not state that he has used up the $10.00 copy work extension previously granted to him by the court. In fact, Ely State Prison law library records show that Plaintiff's copy work limit is only at $78.40 out of an available $110. (Exhibit A). It appears then that Plaintiff has not depleted the original $100 allotted by AR 722.12, let alone the $10.00 extension granted by the court. Plaintiff has not shown that another extension is needed."

(*Id*., at 2.)

      The court does not perceive a need at this time to further extend Plaintiff's copy work limit. Plaintiff's motion (Doc. # 53) is **DENIED.**

      **IT IS SO ORDERED.**

                                   LANCE S. WILSON, CLERK

                                   By: _____/s/_____
                                        Deputy Clerk