**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| VINCENT PINDER, | ) | 3:13-cv-00572-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 1, 2016 |
| | ) | |
| RENEE BAKER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the Court is Plaintiff's Motion to Transport Inmate for Trial (ECF No. 111). Defendants have opposed the Motion (ECF No. 112).

Plaintiff requests that he be transported to the Court in Reno for trial. However, a trial date has not been scheduled in this matter. Defendants advise that once a trial date has been set they will file their Motion to Transport Inmate along with a proposed Order detailing specific dates and times to give instruction to the Nevada Department of Corrections for transporting Plaintiff to the Court for trial once a trial date has been selected.

For the reasons stated, Plaintiff's Motion to Transport Inmate for Trial (ECF No. 111) is **DENIED** without prejudice.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:      /s/
          Deputy Clerk