ADAM PAUL LAXALT
  Attorney General
BENJAMIN R. JOHNSON, Bar No. 10632
  Deputy Attorney General
WADE E. BEAVERS, Bar No. 10632
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel: 775-684-1254
Tel: 775-684-1209
Email: bjohnson@ag.nv.gov
Email: wbeavers@ag.nv.gov

*Attorneys for Defendants
Terrence Deeds, Glenn Hammock,
Ronnie Montoya, Brian Mullins,
Curtis Rigney, and April Witter*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VINCENT PINDER,<br><br>                Plaintiff,<br><br>v.<br><br>RENEE BAKER, et al.<br><br>                Defendants. | Case No.  3:13-cv-00572-MMD-WGC<br><br>**ORDER TO PRODUCE<br>INMATE FOR TRIAL** |

Before the Court is Defendants' Motion to Produce Inmate Vincent Pinder for Trial.  The Court Ordered that the above-captioned case shall proceed to a jury trial at the Bruce R. Thompson Courthouse, 400 South Virginia Street, Reno, Nevada 89501, beginning on August 8, 2017.  (ECF No. 117).  The Motion to Produce Inmate Vincent Pinder for Trial is GRANTED.  Accordingly,

IT IS ORDERED that the Nevada Department of Corrections shall temporarily transfer Vincent Pinder (#71896) to a Northern Nevada correctional institution that is suitable for his custody level, has available housing units, and is geographically closer to Reno, Nevada than Ely State Prison, Vincent Pinder's (#71896) current place of confinement, for the purpose of trial in the above-referenced case;

///

1    IT IS FURTHER ORDERED that the Nevada Department of Corrections will transfer Vincent Pinder (#71896) with all of his legal property related to the above-referenced case, including all legal boxes;

2    IT IS FURTHER ORDERED that the Nevada Department of Corrections shall produce Vincent Pinder (#71896) at the Bruce R. Thompson Courthouse, 400 South Virginia Street, Reno, Nevada 89501, from 8:30 a.m. until 5:00 p.m., or such other times ordered by the Court, for each day of trial until the trial is concluded; and

3    IT IS FURTHER ORDERED that the Nevada Department of Corrections make any other necessary arrangements to ensure that Vincent Pinder (#71896) remains physically present at the Bruce R. Thompson Courthouse, 400 South Virginia Street, Reno, Nevada 89501 from 8:30 a.m. until 5:00 p.m., or such other times ordered by the Court, for each day of trial until the trial is concluded.

IT IS SO ORDERED.

Dated: __July 21_____, 2017.

_____
**UNITED STATES DISTRICT JUDGE**